App. Div.]                 First Department, November, 1927.

Patrick Leonard, as Administrator, etc., of John Leonard, Deceased, Respondent, v. Ninth Avenue Railroad Company, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the court should have charged as requested, and thus clearly limited the statements of the motorman after the accident to impeaching his testimony. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Fred L. McCoy, Appellant, v. John A. Hopper, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent.

Edward H. Klein, Appellant, v. Gaston Amstel Realty Corporation and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Edward H. Klein, Appellant, v. Gaston Amstel Realty Corporation and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Sun Oil Company, Respondent, v. Alexander A. Heller, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy and Martin, JJ.

Rose Wheatly, as Administratrix, etc., of Patrick Wheatly, Deceased, Respondent, v. Eighth Avenue Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Samuel Schwartz, Respondent, v. Benjamin Silver, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

George B. Holbert, as Trustee under a Certain Deed or Deeds of Trust from Emma Mann Vynne, Appellant, v. Mary Cummings and Another, Respondents, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the defense is insufficient in law upon the face thereof viewed either as a defense or as a counterclaim. (Marsh v. Woodworth, 180 App. Div. 604.) Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Charlotte C. Castner, Respondent, v. Annie V. McLaughlin, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York, Respondent, v. Joseph Perlman and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York, Respondent, v. Austin J. Guinan, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Henry Moritz, Respondent, v. J. Eisner & Sons, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Margaret Keenan, as Administratrix, etc., of Mary J. Keenan, Deceased, Respondent, v. Fifth Avenue Coach Company, Appellant.— Judgment affirmed,